1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  Wendell Moton

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. 1:14-cr-00017 LJO
                                     )  No. 1:11-cr-00249 LJO
12             *Plaintiff,*          )
                                     )  STIPULATION TO CONTINUE
13        vs.                        )  SENTENCING,  ORDER THEREON (note date)
                                     )
14  WENDELL MOTON,                   )  Date:   September 15, 2014
                                     )  Time:   8:30 a.m.
15             *Defendant.*          )  Judge:  Hon. Lawrence J. O'Neill
                                     )
16  _____       )

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and

19  ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Wendell Moton, that the

20  date for sentencing in this matter may be continued to **September 15, 2014, at 8:30 a.m.**, or the

21  soonest date thereafter that is convenient to the court.  Sentencing is currently scheduled for

22  **August 25, 2014, at 8:30 a.m.**

23        Mr. Moton entered an 11(c)(1)(C) plea agreement which included a stipulated sentence

24  regarding his new case (No. 1:14-cr-00017 LJO), and his related supervised release violation (No.

25  1:11-cr-00249 LJO).  On August 13, 2014, counsel was advised counsel that based on what is

26  before the Court, it was not inclined to follow the plea agreement. Because Mr. Moton is housed

27  at Lerdo, counsel was only able to discuss this with Mr. Moton on Monday, August 18, 2014.

28  Also, counsel did not receive the supervised release Dispositional Memorandum until August 19,

1 and will not have an opportunity to discuss it with Mr. Moton prior to the currently scheduled

2 hearing date of August 25, 2014. This continuance is requested to allow additional time for Mr.

3 Moton to decide how he wishes to proceed if the Court declines to follow the plea agreement, to

4 allow time for counsel to review the Dispositional Memorandum with Mr. Moton, and to allow

5 time to present additional information for the Court's consideration prior to deciding whether to

6 accept the plea agreement.

7 The parties agree that any delay resulting from the continuance shall be excluded as

8 necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

9 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested

10 continuance outweigh the interests of the public and the defendant in a speedy trial.

11

12

13 BENJAMIN B. WAGNER
United States Attorney

14 DATED: August 19, 2014 By: /s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ

15 Assistant U. S. Attorney
Attorney for Plaintiff

16

17 HEATHER E. WILLIAMS
Federal Defender

18

19 DATED: August 19, 2014 By: /s/ *Eric V. Kersten*
ERIC V. KERSTEN

20 Assistant Federal Defender
Attorney for Defendant
Wendell Moton

21

22 O R D E R

23 The intervening period of delay is excluded in the interests of justice pursuant to 18

24 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv). Hearing now set for 10:00 a.m. on September 22,

25 2014.

26

27 IT IS SO ORDERED.

28 Dated: **August 20, 2014** **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Moton: Stipulation to Continue Sentencing 2